

CHIEF JUSTICE
JOSH R. MORRISS, III

JUSTICES
BAILEY C. MOSELEY
RALPH K. BURGESS

# Court of Appeals
## Sixth Appellate District
### State of Texas

CLERK
DEBRA K. AUTREY

BI-STATE JUSTICE BUILDING
100 NORTH STATE LINE AVENUE #20
TEXARKANA, TEXAS 75501
903/798-3046

April 17, 2015

Tony Crayton
TDCJ-ID#1969687
1100 FM 655
Ramsey Unit
Rosharon, Texas   77583

      In Re:          Tony Crayton v. State of Texas
      Cause No:     06-14-00208-CR

In response to your recent correspondence to the Court:

()        This case has not been filed in this Court of Appeals as of this date.

()        Your case was filed in this Court on

()        The date of submission of your case to the Court is not presently known.

()        Your case is set for oral argument on

(X)      Appellant's brief is due April 27, 2015.   We are forwarding your letter to Mr. Braddy.

Clerk's Office

Cc:  Martin Braddy

Dear Mr. Morriss III, Mrs Autrey                    April 15, 2015

My Name is Tony Crayton & my case# 06-14-00208-CR, I wrote your Clerk Mrs. Autrey about my case & My Attorney Mr. Braddy But I have not heard from him at all so I'm not even sure if you all are getting the things Needed on my case. If I can't/Don't hear from him, then do/how do I go by getting an extention on my appeal/appellate, & the information I need to Know on what/where I stand or what do I need to do myself on getting more help. I feel my Attorney did not represent me in my case so would I need to get another one or What.

Sincerly

Tony Crayton

RECEIVED IN
The Court of Appeals
Sixth District

APR 17 2015

Texarkana, Texas
Debra Autrey, Clerk